DAVID SILVER (Nevada Bar No. 15641)
david@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404
*Attorneys for Defendant Zhejiang Refine Wufu Air Tools Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SATA GMBH & CO. KG, a German Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Zhejiang Refine Wufu Air Tools Co., Ltd., a Chinese Company,<br><br>Defendant. | Case No.: 2:25-cv-02144-APG-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**Chief Judge Andrew P. Gordon**<br>**Magistrate Judge Daniel J. Albregts** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that Defendant Zhejiang Refine Wufu Air Tools Co., Ltd.'s time to answer, move, or otherwise plead in response to the Complaint [Dkt. No. 1] shall be extended two weeks to December 9, 2025.

Defendant's counsel was recently engaged in this matter and needs additional time to review the matter in dispute and file a responsive pleading. The two weeks is to account for the upcoming holiday, but Defendant intends to get a responsive pleading on file as soon as practicable. Counsel for Defendant has discussed over a video conference with Plaintiff's counsel and Plaintiff's counsel agreed to stipulate to the extension. Therefore, there is no prejudice to Plaintiff regarding this extension request.

This is the first stipulation for extension of time to file responsive pleadings. The parties

and their counsel jointly request an order entering this stipulation.

       Respectfully submitted this 25th day of November 2025.

| /s/ Steven Anthony Caloiaro | /s/ David Silver |
|---|---|
| Steven Anthony Caloiaro | David Silver |
| **Dickinson Wright** | **Bayramoglu Law Offices, LLC** |
| 100 W. Liberty Street Suite 940 | 1540 West Warm Springs Road, Suite 100 |
| Reno, NV 89501 | Henderson, Nevada 89014 |
| scaloiaro@dickinsonwright.com | david@bayramoglu-legal.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**IT IS SO ORDERED**.

DATED: 12/1/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING     CASE NO. 2:25-cv-02144-APG-DJA

## CERTIFICATE OF SERVICE

     I, hereby certify that on November 25, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

                                                By: */s/ David Silver*
                                                    DAVID SILVER