DAVID SILVER (Nevada Bar No. 15641)
david@bayramoglu-legal.com
NIHAT DENIZ BAYRAMOGLU, ESQ. (Nevada Bar No. 14030)
deniz@bayramoglu-legal.com
GOKALP BAYRAMOGLU, ESQ. (Nevada Bar No. 15500)
gokalp@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404

*Attorneys for Defendant/Counterclaimant Zhejiang Refine Wufu Air Tools Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation, <br><br> *Plaintiff*, <br><br> *v.* <br><br> Zhejiang Refine Wufu Air Tools Co., Ltd., a Chinese Company <br><br> *Defendant*. <br><br> AND RELATED COUNTERCLAIM. | Case No.: 2:25-cv-02144-APG-DJA <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY AND RELATED DEADLINES** <br><br> **(Second Request)** |

Pursuant to LR IA 6-1 and LR 26-3, Plaintiff/Counter-defendant, SATA GmbH & Co. KG, ("SATA" or "Plaintiff"), and Defendant/Counterclaimant Zhejiang Refine Wufu Air Tools Co., Ltd. ("WUFU" or "Defendant") by and through their respective counsel of record, hereby file this Stipulation and Proposed Order to Extend Discovery and Related Deadlines, requesting that the Court extend the discovery deadline and certain related dates in its Order on the Amended Joint Rule 26(f) Report and Proposed Discovery Plan (ECF No. 24) by thirty (30) days to allow the

1

STIPULATION AND PROPOSED ORDER TO EXTEND          Case No. 2:25-cv-02144-APG-DJA
DISCOVERY AND RELATED DEADLINES

parties to continue to discuss and negotiate settlement.  This is the second request that the Court grant a stipulation to allow for the completion of discovery.

**I.    DISCOVERY COMPLETED TO DATE:**

A.    The parties exchanged Initial Disclosures on January 30, 2026.

B.    Plaintiff served its Initial Infringement Contentions on January 30, 2026.

**II.    DISCOVERY YET TO BE COMPLETED:**

A.    The parties will need to serve and respond to written discovery, including ESI discovery.

B.    The parties will need to complete the remaining contentions and related document productions pursuant to LPR 1-8, 1-9, and 1-10.

C.    The parties will need to exchange claim terms, proposed constructions, and evidence pursuant to LPR 1-13 and 1-14.

D.    The parties will need to commence depositions of the relevant percipient and potentially third-party witnesses.

E.    The parties will need to conduct expert discovery.

**III.    REASONS DISCOVERY COULD NOT BE COMPLETED WITHIN THE EXISTING DEADLINE**

Good cause exists to extend the deadlines as set forth in the Scheduling Order. As mentioned in the parties Amended Joint Rule 26(f) Report and Proposed Discovery Plan (ECF No. 23) are currently discussing and negotiating a settlement in this matter. The parties have exchanged proposals and are discussing potential product designs that would result in an amicable resolution. A thirty (30) day[1] extension of the case deadlines will allow for continued settlement discussions and negotiations without additional litigation costs related to the upcoming patent deadlines and general discovery. The additional litigation costs would create an additional obstacle towards

---

[1] Certain deadlines have deviated from the 30 day extension to account for weekends and/or court holidays, as necessary.

STIPULATION AND PROPOSED ORDER TO EXTEND          Case No. 2:25-cv-02144-APG-DJA
DISCOVERY AND RELATED DEADLINES

settlement that would otherwise not be necessary. This is the parties' second request for an extension of the discovery deadline and is not seeking to unnecessarily delay the litigation. No trial date has been set, and therefore the proposed extension should have little effect on the Court's calendar.

## IV.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND OTHER DISCOVERY DEADLINES

| Event | Time Frame | Date |
|---|---|---|
| Defendant serves disclosure of Non-Infringement, Invalidity, and Unenforceability Contentions (LPR 1-8, 1-9) | | Monday, June 17, 2026 |
| Response to Invalidity and Unenforceability Contentions (LPR 1-10) | 14 days after Preliminary Invalidity Contentions | Monday, July 1, 2026 |
| Exchange of Proposed Terms for Construction (LPR 1-13) | | Monday, July 29, 2026 |
| Exchange of Preliminary Claim Constructions & Extrinsic Evidence (LPR 1-14) | 14 days after exchange of Proposed Terms under LPR 1-13 | Monday, August 12, 2026 |
| Joint Claim Construction and Prehearing Statement (LPR 1-15) | 14 days after exchange of Preliminary Claim Construction & Extrinsic Evidence under LPR 1-14 | Monday, August 26, 2026 |
| Plaintiff serves Opening Claim Construction Brief (LPR 1-16) | 21 days after Joint Claim Construction & Pre-hearing Statement | Monday, September 16, 2026 |
| Defendant serves Responsive Claim Construction Brief (LPR 1-16) | 22 days after service of Opening Claim Construction Brief | Tuesday, October 8, 2026 |
| Plaintiff serves Reply Claim Construction Brief (LPR 1-16) | 7 days after service of Responsive Claim Construction Brief | Tuesday, October 15, 2026 |
| Claim Construction Hearing (LPR 1-17) | At Court's convenience | Within 60 days after Reply Brief is filed. |

STIPULATION AND PROPOSED ORDER TO EXTEND     Case No. 2:25-cv-02144-APG-DJA
DISCOVERY AND RELATED DEADLINES

| Event | Time Frame | Date |
|---|---|---|
| Claim Construction Order (LPR 1-17) | At Court's convenience | Within 120 after submission of Reply Brief |
| Meet and confer in order to reasonably limit the number of claims and prior art references asserted (LPR 1-18a) | | Friday, December 28, 2026 |
| Post-Claim Construction Order Settlement Conference (LPR 1-19) | Within 30 days of Claim Construction Order | |
| Parties Amend Disclosures/Opinion of Counsel Defenses (LPR 1-18b) | | Monday, January 13, 2027 |
| Deadline to Amend Pleadings/Parties (LR 26-1(b)(2)) | 90 days before Discovery Cut-Off Date | Thursday, March 15, 2027 |
| Opening Expert Disclosures (FRCP 26(a)(2) and LR 26(1)(b)(3)) | 60 days after claim construction order (LPR 1-22) | Wednesday, February 12, 2027 |
| Rebuttal Expert Disclosures (FRCP 26(a)(2) and LR 26(1)(b)(3)). | 30 days after initial disclosure of experts | Friday, March 15, 2027 |
| Discovery Cut-Off Date (LR 26-1(b)(1)) | 180 days from Claim Construction Order | Wednesday, June 11, 2027 |
| Dispositive Motion Deadline (LR 26-1(b)(4)) | 30 days after discovery cut-off | Friday, July 12, 2027 |
| Joint Pretrial Order and Pretrial Disclosures (FRCP 26(a)(3) and LR 26-1(b)(5)) | 30 days after dispositive motion deadline, or if dispositive motions are filed, within 30 days of Order on Dispositive Motions | Monday, August 11, 2027 |
| Pretrial Settlement Conference (LPR 1-19) | Within 30 days of entry of a pretrial order | |
| Motions in Limine (LR 16-3(a)) | 30 days before trial | |

STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY AND RELATED DEADLINES

Case No. 2:25-cv-02144-APG-DJA

| Event | Time Frame | Date |
|---|---|---|
| Responses to Motions in Limine (LR 16-3(a)) | 14 days after service of Motions in Limine | |
| Trial | TBD | |

**IT IS SO STIPULATED AND AGREED.**

Dated: May 14, 2026                         Dated: May 14, 2026

By: */s/ Steven A. Caloiaro*              By: */s/ David Silver*
**DICKINSON WRIGHT PLLC**         **BAYRAMOGLU LAW OFFICES LLC**
STEVEN A. CALOIARO                   DAVID SILVER
Nevada Bar No. 12344                    Nevada Bar No. 15641
100 W. Liberty Street, Suite 940      david@bayramoglu-legal.com
Reno, Nevada 89501                       NIHAT DENIZ BAYRAMOGLU, ESQ.
Tel.: (775) 343-7500                        Nevada Bar No. 14040
scaloiaro@dickinsonwright.com      deniz@bayramoglu-legal.com
                                                      GOKALP BAYRAMOGLU, ESQ.
JORDAN M. MARCHELLO               Nevada Bar No. 15500
Nevada Bar No. 16926                    gokalp@bayramoglu-legal.com
3883 Howard Hughes Parkway, Suite 800   1540 W. Warm Springs Road, Suite 100
Las Vegas, Nevada 89169               Henderson, Nevada 89014
Tel.: (702) 550-4400                        Tel.: (702) 462-5973
jmarchello@dickinsonwright.com     Fax: (702) 553-3404

**ORDER**

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATE: 5/15/2026

5

STIPULATION AND PROPOSED ORDER TO EXTEND        Case No. 2:25-cv-02144-APG-DJA
DISCOVERY AND RELATED DEADLINES